**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

HOWARD G. JACKSON,

        Plaintiff,

v.

LEZLIE MAREK, et al,

        Defendants.

Civil No. 18-1432 (JRT/KMM)

**ORDER ON REPORT
AND RECOMMENDATION**

---

    Howard G Jackson, 153 Emerson Avenue, #204 F, West St. Paul, MN 55118, *pro se* plaintiff.

    A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on June 18, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The application to proceed in forma pauperis of plaintiff Howard G. Jackson [Docket No. 2] is **DENIED**.

2. This action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 5, 2018                    s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court